# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

*********************************************

**UNITED STATES OF AMERICA**

v.

**FRANKIE HERNANDEZ,**

**Defendant.**

*********************************************

**Criminal Action No.
5: 93-CR-176 (FJS)**

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses Indictment No. 5: 93-CR-176 (FJS) against Frankie Hernandez, the defendant, charging violations of Title 21, United States Code, Section 846 (count 1) and Title 21, United States Code, Section 841(a)(1) (count 3).

The reason(s) for this dismissal are (check one or more):

___ Case transferred to another District

___ Speedy Trial Act

___ Defendant's cooperation

___ Insufficient evidence at this time

_X_ Other: Interests of Justice.

With respect to this dismissal, defendants (check one):

___ Consents

___ Objects

_X_ Has not been consulted

This dismissal is without prejudice.

                                       GLENN T. SUDDABY
                                       United States Attorney

By:   Richard R. Southwick
       Assistant U.S. Attorney
       Bar Roll No. 506265

Leave of court is granted for the filing of the foregoing dismissal.

Dated: May 17, 2007                                   
                                     Hon. Frederick J. Scullin, Jr.
                                     Senior United States District Judge